## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No: 25-21872-CMB |
|     Cristopher R. Grooms, ) | |
| ) | Chapter 13 |
|     Debtor. ) | |
| ) | Adversary No. |
| Cristopher R. Grooms, ) | |
| ) | Document No. |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Deere & Company, ) | |
| ) | |
|     Defendant. ) | |

### COMPLAINT BY DEBTOR SEEKING TURNOVER OF PROPERTY PURSUANT TO 11 U.S.C. §542 (a)

AND NOW comes the Plaintiff, Cristopher R. Grooms, by and through his attorney, Brian C. Thompson, Esquire, and the law firm of Thompson Law Group, P.C. and files the within Complaint by Debtor Seeking Turnover of Exempt Property, and in support thereof avers as follows:

1. Plaintiff is the Debtor in the above-captioned Chapter 13 case. This Court thus has jurisdiction over this proceeding, which arises in a case under the Bankruptcy Code and concerns property of the Debtor, pursuant to 28 U.S.C. § 1334. This proceeding is a core proceeding.

2. Certain of Plaintiff's property, a 2025 John Deere 2025R Compact Utility Tractor, is in the possession of Defendant, along with certain accessories thereto.

3. At the time Defendant repossessed Plaintiff's property in August 2025, Debtor gave notice of the filing to Defendant.

4. Upon receipt of this notice, Defendant was required pursuant to 11 U.S.C. § 362(a) and § 542, to turn over this exempt property to the Debtor-in-Possession in this case.

5. Under 11 U.S.C. § 1306, the Debtor is entitled to possession of all property of the estate.

6. Nonetheless, Defendant has refused to turn over the property as required by 11 U.S.C. § 542 despite repeated demands.

7. The property of Debtor's estate in Defendant's possession is necessary to an effective reorganization in this case.

WHEREFORE, the Plaintiff prays that this Court:

a) Order Defendant forthwith to turn over Debtor's 2025R Tractor to the Debtor;
b) Find that Defendant is in contempt of Court for violating 11 U.S.C. § 542;
c) Award Plaintiff, pursuant to 11 U.S.C. § 362(k), damages, punitive damages, and reasonable attorney's fees for this complaint; and
d) Order such other relief as is just and proper.

Respectfully Submitted,

Date: October 2, 2025

s/Brian C. Thompson
Brian C. Thompson, Esquire
Pa. I.D. #91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
Telephone: (724) 799-8404
Facsimile: (724) 799-8409